IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| WILSON WOLF MANUFACTURING CORPORATION, | ) ) ) |
| Plaintiff, | ) ) |
| v. | ) ) ) |
| SAREPTA THERAPEUTICS, INC., | ) ) |
| Defendant. | ) ) |

C.A. No. 19-2316 (RGA)

## JOINT STIPULATION FOR DISMISSAL WITH PREJUDICE

Plaintiff Wilson Wolf Manufacturing Corporation and Defendant Sarepta Therapeutics, Inc., pursuant to Fed. R. Civ. P. 41(a)(2), hereby stipulate to the dismissal of all claims in this action WITH PREJUDICE and move for an order dismissing all claims in this action WITH PREJUDICE with each party to bear its own costs, expenses and attorneys' fees. In addition, the parties hereby release each other and their customers from all claims related to the subject matter of this action.

Dated: February 18, 2025

**BERGER MCDERMOTT LLP**

By: /s/ Peter C. McGivney
Peter C. McGivney (#5779)
1105 N. Market Street, 11th Floor
Wilmington, DE 19801
Telephone: (302) 655-1131
pmcgivney@bergerharris.com

Devan V. Padmanabhan
Sri K. Sankaran
Britta S. Loftus
Paul J. Robbennolt
PADMANABHAN & DAWSON, P.L.L.C.

Dated: February 18, 2025

**RICHARDS, LAYTON & FINGER, P.A.**

By: /s/ Kelly E. Farnan
Kelly E. Farnan (#4395)
One Rodney Square
920 N. King Street
Wilmington, DE 19801
Telephone: (302) 651-7700
farnan@rlf.com

Andrew Berdon
Robert Wilson
James Baker
Anastasia Fernands

9800 Shelard Parkway, Suite 120  
Minneapolis, MN 55441  
Telephone: (612) 444-3768  
devan@paddalawgroup.com  
sri@paddalawgroup.com  
britta@paddalawgroup.com  
paul@paddalawgroup.com  

*Attorneys for Plaintiff Wilson Wolf Manufacturing Corporation*

QUINN EMANUEL  
URQUHART & SULLIVAN, LLP  
295 5th Avenue  
New York, NY 10016  
Tel: (212) 849-7000  

*Attorneys for Defendant Sarepta Therapeutics, Inc.*

    SO ORDERED this _____ day of _____, 2025.

_____  
The Honorable Richard G. Andrews  
UNITED STATES DISTRICT JUDGE