# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| WILSON WOLF MANUFACTURING CORPORATION, | ) ) ) |
| Plaintiff, | ) ) ) C.A. No. 19-2316 (RGA) |
| v. | ) ) |
| SAREPTA THERAPEUTICS, INC., | ) ) |
| Defendant. | ) |

## JOINT STIPULATION FOR DISMISSAL WITH PREJUDICE

Plaintiff Wilson Wolf Manufacturing Corporation and Defendant Sarepta Therapeutics, Inc., pursuant to Fed. R. Civ. P. 41(a)(2), hereby stipulate to the dismissal of all claims in this action WITH PREJUDICE and move for an order dismissing all claims in this action WITH PREJUDICE with each party to bear its own costs, expenses and attorneys' fees. In addition, the parties hereby release each other and their customers from all claims related to the subject matter of this action.

Dated: February 18, 2025

**BERGER MCDERMOTT LLP**

By: /s/ Peter C. McGivney
Peter C. McGivney (#5779)
1105 N. Market Street, 11th Floor
Wilmington, DE 19801
Telephone: (302) 655-1131
pmcgivney@bergerharris.com

Devan V. Padmanabhan
Sri K. Sankaran
Britta S. Loftus
Paul J. Robbennolt
PADMANABHAN & DAWSON, P.L.L.C.

Dated: February 18, 2025

**RICHARDS, LAYTON & FINGER, P.A.**

By: /s/ Kelly E. Farnan
Kelly E. Farnan (#4395)
One Rodney Square
920 N. King Street
Wilmington, DE 19801
Telephone: (302) 651-7700
farnan@rlf.com

Andrew Berdon
Robert Wilson
James Baker
Anastasia Fernands

| | |
|---|---|
| 9800 Shelard Parkway, Suite 120<br>Minneapolis, MN 55441<br>Telephone: (612) 444-3768<br>devan@paddalawgroup.com<br>sri@paddalawgroup.com<br>britta@paddalawgroup.com<br>paul@paddalawgroup.com<br><br>*Attorneys for Plaintiff Wilson Wolf Manufacturing Corporation* | QUINN EMANUEL<br>URQUHART & SULLIVAN, LLP<br>295 5th Avenue<br>New York, NY 10016<br>Tel: (212) 849-7000<br><br>*Attorneys for Defendant Sarepta Therapeutics, Inc.* |

SO ORDERED this ___19th___ day of ___February___, 2025.

/s/ Richard G. Andrews
_____
The Honorable Richard G. Andrews
UNITED STATES DISTRICT JUDGE